No. 9764. GEORGE BENOLKEN, VIOLA BENOLKEN JOHNSON, PHOEBE MONTIER and JAMES BENOLKEN, Plaintiffs and Respondents, *v.* LEO BENOLKEN, as Administrator of FRANK A. BENOLKEN, Deceased, LEO BENOLKEN, as an individual and THE LIVESTOCK COMMIS-

SION of the STATE OF MONTANA, DEFENDANTS AND APPELLANTS.

304 Pac. (2d) 923.

Decided Dec. 21, 1956.

*Keister & Bennett*, Bozeman, *Arnold H. Olsen*, Atty. Gen., and *Charles V. Huppe*, Spec. Asst. Atty. Gen., Helena, for appellant.

*Ralph J. Anderson* and *Stanley P. Sorenson*, Helena, for respondent.

Per Curiam.

Pursuant to stipulation of all counsel herein, filed with the Clerk of this Court,

It is ordered that the appeal herein be dismissed with prejudice.